**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION - LEXINGTON**
**CIVIL ACTON NO.: _____**

**EMLYN COAL PROCESSING OF MINNESOTA, LLC.**                    **PLAINTIFF**
**A Minnesota Limited Liability Corporation**


**V**.                                        **COMPLAINT**


**XINERGY CORPORATION, A Tennessee Corporation**                    **DEFENDANT**

**_SERVE_**: FBT LLC LEXINGTON
250 WEST MAIN STREET
SUITE 2700
LEXINGTON, KY 40507

---

Comes the Plaintiff, Emlyn Coal Processing of Minnesota, LLC., through counsel, and

for its Complaint against the Defendant hereby alleges as follows:

**JURISDICTION AND VENUE**

1. The court has jurisdiction over this case because the amount in controversy exceeds

   75,000.00; and the parties are diverse, Emlyn Coal Processing of Minnesota is a

   Minnesota Limited Liability corporation doing business in Kentucky; Xinergy

   Corporation is a Tennessee Corporation doing business in Kentucky.

2. The acts and omissions that give rise to this complaint occurred in the Eastern District of

   Kentucky.

## PARTIES

1. The Plaintiff, Emlyn Coal Processing of Minnesota, LLC ("Emlyn Coal") is a foreign limited liability corporation doing business in Kentucky, and did enter into a contract to sell coal to the Defendant.

2. The Defendant, Xinergy Corporation ("Xinergy") is a foreign corporation doing business in Kentucky, and did enter into a contract to buy coal from the Plaintiff.

3. The parties are diverse within the meaning of 28 USC § 1332.

## COUNT I – BREACH OF CONTRACT

1. That on or about July 31, 2008, Emlyn and Xinergy entered into a contract whereby Emlyn agreed to sell, and Xinergy agreed to purchase one thousand (1000) tons of coal for one hundred ten dollars ($110.00) per ton.

2. That prior to taking delivery of the coal, Xinergy acquired, and Emlyn provided several truck loads of "sample" coal for use and analysis by Xinergy.

3. That Xinergy took delivery of the remainder of the aforementioned one thousand (1000) tons of coal immediately thereafter.

4. One thousand (1000) tons of coal were shipped from Emlyn Coal facilities in Kentucky to Xinergy facilities in Kentucky.

5. That at all times Emlyn acted in good faith and with fair dealing with respect to Xinergy, and upon the faith of the contract terms, permitted Xinergy to acquire the coal before payment was made to Emlyn.

6.  That Emlyn invoiced Xinergy, but that Xinergy breached the contract by failing to pay for the coal.

7.  That there was a failure of consideration caused by Xinergy by failing to pay for the coal.

8.  That Emlyn Coal's performance of the terms of the contract did not breach, nor was it calculated to cause a breach of the contract.

9.  That Xinergy did not return the coal, or otherwise attempt to rescind the agreement.

10. That Xinergy failed to mitigate the damages to Emlyn Coal.

11. That because of the acts and omissions of Xinergy by and through its agents and employees, as described in this Complaint, Emlyn has suffered financial damages in excess of the jurisdictional limits necessary to invoke this Court's jurisdiction.

## COUNT II – NEGLIGENCE

1.  Plaintiff hereby incorporates all prior allegations.

2.  That Emlyn reasonably relied upon Xinergy to act as an otherwise reasonable corporation would do under the circumstances, but that Xinergy failed to do so.

3.  That the acts and omission of Xinergy as described herein were a substantial factor in causing, and did in fact cause, financial damages to Emlyn Coal by way of monetary damages, loss of reputation in the business community, loss of chance, missed business opportunities, and other miscellaneous business expenses and losses.

## COUNT III – FRAUD & UNJUST ENRICHMENT

1.  Plaintiff hereby incorporates all prior allegations.

2.  That Xinergy, with intent, malice and forethought, deliberately deceived Emlyn into delivering the aforementioned coal to Xinergy with full knowledge that Xinergy did not intend to pay for the coal in full as required by the contract with Emlyn.

3.  That because of the acts and ommissions described herein, Xinergy was unjustly enriched.

4.  That this particular course of conduct of Xinergy as described herein has occurred with respect to other coal sellers.

## COUNT IV – CONSPIRACY AND RACKETEERING

1.  Plaintiff hereby incorporates all prior allegations.

2.  Xinergy, through the acts and omissions described herein, violated 18 USC § 1961, et seq., the Racketeer Influenced and Corrupt Organizations Act.

3.  Xinergy has committed the same or similar acts and omissions to other companies within the relevant timeframe.

4.  Violation of 18 USC § 1961 gives rise to a civil cause of action in the US District Court for treble damages incurred by the Plaintiff.

*WHEREFORE*, Plaintiff prays for the following relief:

1.  Monetary damages that exceed the jurisdictional limit of the Court;

2.  Treble actual damages;

3.  The cost of this lawsuit;

4.  Attorneys fees;

5.  Punitive Damages;

6.  Jury Trial;

7.  Any other relief to which the Plaintiff may be entitled.


_____

Respectfully Submitted,

Jonathan D. Whitaker
2333 Alexandria Drive, Suite 221
Lexington, KY 40504
859-252-2222; 859-514-6034 (fax)