UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION – LEXINGTON
CIVIL ACTION NO.: 6:09-CV-128-GFVT

**ELECTRONICALLY FILED**

EMLYN COAL PROCESSING OF  PLAINTIFF
MINNESOTA, LLC., a Minnesota
Limited Liability Corporation

v.

XINERGY CORPORATION, a Tennessee  DEFENDANT
Corporation

## XINERGY CORPORATION'S FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, the defendant, Xinergy Corporation, by counsel, hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.

Respectfully submitted,

/s/ Kyle M. Melloan
Kyle M. Melloan, Esq.
Frost Brown Todd, LLC
250 West Main Street
Suite 2800
Lexington, Kentucky 40507
Telephone: (859) 231-0000
Facsimile: (859) 231-0011

Counsel for Defendant, Xinergy Corporation

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been electronically filed on August 24, 2009, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jonathan D. Whitaker, Esq.
2333 Alexandria Drive
Suite 221
Lexington, KY 40504

/s/ Kyle M. Melloan
Counsel for Defendant, Xinergy Corporation