UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO.: 09-CV-128-HAI

**EMLYN COAL PROCESSING**            **PLAINTIFFS**
**OF MINNESOTA, LLC**

**V.**

## AFFIDAVIT OF COUNSEL ALLEGING THE CITIZENSHIP OF THE PARTIES

**XINERGY CORP.**            **DEFENDANT**

****** ****** ****** ******

Come now the Counsel for the Plaintiff, Emlyn Coal Processing of Minnesota, LLC ("Emlyn"), Jonathan Whitaker, and hereby responds to the Court's order for an affidavit alleging citizenship of the parties.

Comes the affiant, Jonathan D. Whitaker, and after being duly sworn states as follows:

1. Plaintiff Emlyn Coal is a Minnesota Limited Liability Company with operations in Kentucky;

2. Defendant Xinergy, Corp. is a Tennessee Corporation with operations in Kentucky;

3. The sole member of Plaintiff Emlyn Coal is Bart Montanari who is a Tennessee resident.

I, Jonathan D. Whitaker, by my signature below, hereby swear or affirm that I have read the contents of the foregoing Affidavit, and the contents therein are true and correct to the best of my knowledge and belief.

_____
JONATHAN D. WHITAKER

COMMONWEALTH OF KENTUCKY, COUNTY OF __Whitley__

Acknowledged, sworn to and subscribed before me by Jonathan D. Whitaker, on this the __12__ day of __November__, 2010.

My Commission Expires: __7/24/13__

_____
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

Respectfully Submitted,

\_\_\_\_\_/s/ Jonathan_____

Hon. Jonathan D. Whitaker
121 Prosperous Place, Suite 13-B
Lexington, Kentucky 40509
859-252-2222
*Counsel for Plaintiff*

### Certificate of Service

I hereby certify that on this 12th day of November, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Hon. Drayer B. Spurlock
Napier & Associates, PSC
300 West 5th Street
P.O. Drawer 5087
London, KY 40745
(606) 864-2263
dspurlock@napierlawoffice.com

\_\_\_\_\_/s/ Jonathan_____
Hon. Jonathan D. Whitaker