UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CIVIL ACTION NO.: 09-CV-128-HAI

**EMLYN COAL PROCESSING**                                         **PLAINTIFFS**
**OF MINNESOTA, LLC**

V.

## SECOND AFFIDAVIT OF COUNSEL
## ALLEGING THE CITIZENSHIP OF THE PARTIES

**XINERGY CORP.**                                                       **DEFENDANT**

\*\*\*\*\*\* \*\*\*\*\*\* \*\*\*\*\*\* \*\*\*\*\*\*

Come now the Counsel for the Plaintiff, Emlyn Coal Processing of Minnesota, LLC ("Emlyn"), Jonathan Whitaker, and hereby responds to the Court's order for an affidavit alleging citizenship of the parties.

Comes the affiant, Jonathan D. Whitaker, and after being duly sworn states as follows:

1. Plaintiff Emlyn Coal is a Minnesota Limited Liability Company with a tipple in Kentucky and has substantially all of its operations in Kentucky;

2. Defendant Xinergy, Corp. is incorporated in Tennessee and has its headquarters in Tennessee, and has substantial operations in Kentucky;

3. The sole member of Plaintiff Emlyn Coal is Bart Montanari.

4. Bart Montanari began attending St. Jude church in Farragut, Tennessee in the Summer of 2007. Bart Montanari began working for Emlyn in Kentucky and staying in hotels in Tennessee and Kentucky in the Summer of 2007. Bart Montanari purchased a home in Farragut, Tennessee in September, 2009. Bart Montanari

obtained a Tennessee driver's license on or about May 18, 2010. Bart Monatnari registered his vehicles in Tennessee in the Spring of 2009.

I, Jonathan D. Whitaker, by my signature below, hereby swear or affirm that I have read the contents of the foregoing Affidavit, and the contents therein are true and correct to the best of my knowledge and belief.

_____
JONATHAN D. WHITAKER

COMMONWEALTH OF KENTUCKY, COUNTY OF __Fayette__

Acknowledged, sworn to and subscribed before me by Jonathan D. Whitaker, on this the __23__ day of __November__, 2010.

My Commission Expires: __3/15/14__

_____ ID 916011
NOTARY PUBLIC
STATE AT LARGE, KENTUCKY

Respectfully Submitted,


                                    ____/s/ Jonathan_____

                                    Hon. Jonathan D. Whitaker
                                    121 Prosperous Place, Suite 13-B
                                    Lexington, Kentucky 40509
                                    859-252-2222
                                    *Counsel for Plaintiff*


## Certificate of Service

I hereby certify that on this 23rd day of November, 2010, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Hon. Drayer B. Spurlock
Napier & Associates, PSC
300 West 5th Street
P.O. Drawer 5087
London, KY 40745
(606) 864-2263
dspurlock@napierlawoffice.com


                                    ____/s/ Jonathan_____
                                    Hon. Jonathan D. Whitaker